UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
CLAUDIA GARCIA,                )
                               )    1:10-cv-01660 OWW GSA
          Plaintiff,           )
                               )    ORDER DISMISSING ACTION FOR
     v.                        )    FAILURE TO SUBMIT
                               )    STIPULATED DISMISSAL
LEADING EDGE RECOVERY          )
SOLUTIONS, LLC,                )
                               )
          Defendant.           )
                               )
                               )
_____)
```

The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   December 10, 2010**                 /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE

1